AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Warren E. Brooks | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-CV-1085 |
| EAN Holdings, LLC dba Enterprise Holdings | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EAN Holdings, LLC dba Enterprise Holdings .

Date:    01/23/2017

/s/ M. Scott McIntyre
*Attorney's signature*

M. Scott McIntyre (OH0075298) (Trial Attorney)
*Printed name and bar number*

312 Walnut Street, Suite 3200
Cincinnati, OH 45202
*Address*

smcintyre@bakerlaw.com
*E-mail address*

(513) 852-2622
*Telephone number*

(513) 929-0303
*FAX number*